UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Elias Gonzalez Perez**

    **V.**                     **CIVIL ACTION NO. 1:26-cv-10440-MJJ**

 **Hyde et al**

### ORDER OF DISMISSAL

**JOUN, D.J.**

    In accordance with the Respondents' Status Report dated February 13, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

February 17, 2026                        /s/ Sophie Phillips
                                                    -------------------------
                                                    **Deputy Clerk**